# Court of Appeals
# of the State of Georgia

ATLANTA,  August 15, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0017. OLEKSANDRA PLYATSKO v. BRANDON SIMPSON**

Upon consideration of Oleksandra Plyatsko′s EMERGENCY MOTION TO STAY TRANSMISSION OF THE APPELLATE RECORD, it is ordered that said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/15/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*